Roseboro Notice:
I Certify Copies of This
Complaint were mailed to
Officer of Attorney
General on this
08/16/2020
[signature]

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

## COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

**Action Number**
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

**I. PARTIES**

A. Plaintiff:

1. (a) **David Meyers** (b) **#1039777**
   (Name)              (Inmate number)
   (c) **Sussex 1 State Prison**
   **24414 Musslewhite Drive**
   (Address)

   **Waverly, VA. 23891**

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B. Defendant(s):

1. (a) **Warden Ivan Gilmore** (b) **Chief Warden**
   (Name)                          (Title/Job Description)
   (c) **Sussex 1 State Prison**
   **24414 Musslewhite Drive**
   (Address)

   **Waverly, VA. 23891**

ADDITIONAL DEFENDANTS

Mail Clerk A. Miller
Ofc. Mr. Taylor
Ofc. Ms. Stevens
Ofc. Ms. Jenckins
Ofc. Mr. Cornelius
Ofc. Mr. Brown
QMHP - Ms. Rodriguez
Mail Clerk A. Miller
Counselor Michelle Walker
Lt. W. Coison (Colson)
24414 Musslewhite Drive
Waverly VA. 23891

Dr. M. Picio
Dr. Ulep
Armor Health Services Inc
24414 Musslewhite Drive
Waverly VA. 23891

VADOC Food Service Director Mark Engelke
Virginia Department of Corrections
P.O. Box 26963
Richmond, VA. 23261.

2.  (a) __S. VANCAMPEN__ (b) __Institution PROGRAMS MANAGER__
    (Name)                    (Title/Job Description)
    (c) __Sussex I State Prison__
        __24414 Musslewhite Drive__
    (Address)
    __Waverly, VA 23891__

3.  (a) __ANN WHITE__ (b) __Assistant Attorney General__
    (Name)               (Title/Job Description)
    (c) ~~Sussex I State Prison~~
        ~~24414 Musslewhite Drive~~
    (Address) __Office Of The Attorney General__
              __202 N. 9th Street__
              __Richmond VA. 23219__

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II.  **PREVIOUS LAWSUITS**

A.  Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [X]   No [ ]

B.  If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

    1.  Parties to previous lawsuit:

    Plaintiff(s) __DAVID MEYERS__

    Defendant(s) __PETERSBURG Circuit Court__

    _____

    2.  Court (if federal court, name the district; if state court, name the county):

    __U.S. District Court Norfolk Division__

    3.  Date lawsuit filed: __SEE COURT PACER__

    4.  Docket number: __Civil Action Number 2:20CV71__

DEFENDANTS ADDRESSES:

4. RICHARD VORHIS, ASSISTANT ATTORNEY GENERAL
   OFFICE OF THE ATTORNEY GENERAL
   202 N. 9th Street
   Richmond, VA. 23219

5. ASSISTANT WARDEN MR. BRYANT
6. Chief OF SECURITY MR. Hibbs
7. H. SPENCER, Office Services Supervisor
8. Chief OF HOUSING AND PROGRAMS Ms. HARRIS
9. OPERATIONS MANAGER-PREA MANAGER ANGELA WETHINGTON
10. CAPTAIN D. ROUNDTREE
11. Lt. MR. CURRY
12. Lt. MR. RICKS
13. OFC., SERGEANT A. WALKUP
14. INSTITUTIONAL HEARINGS OFFICER MS. L. MABREY
15. INSTITUTIONAL HEARINGS OFFICER TRAINEE, MS. J. Feltner
16. INSTITUTIONAL HEARINGS OFFICER ASSISTANT OFC. CORNELIUS BLAND
    AKA (JUNIE BLAND-MY CHILDHOOD ENEMY).
17. Intel OFC. A. BROWN
18. Intel OFC. N. LABOY
19. Intel OFC. M. PERRY
20. Intel OFC. A. NELSON
21. Intel OFC. MR. DUNLEVY
22. Intel OFC. MS. DARBY,
23. SAFETY OFC. MR. SMITH
24. LAUNDRY OFC. MR. BAINES
25. LAUNDRY OFC. MS. ANSAR
26. FOOD SERVICE SUPERVISOR MS. TURNER
27. Sussex 1 State Prison FOOD SERVICE DIETICIANS
28. Lt. Bennett-SX1 Strike Force Team Supervisor
29. All Sussex 1 State Prison Strike Force Team Prison Guards
30. GRIEVANCE COORDINATOR J. MOSLEY
31. GRIEVANCE COORDINATOR E. P. Witt
32. GRIEVANCE COORDINATOR K. CARROLL-OSS
33. GRIEVANCE COORDINATOR S. N. ATKINS-OSS
34. OFC. MR. SMITH, SX1-3B POD OFFICER
35. Sgt. MR. WYCHE, SX1-3B POD OFFICER
36. OFC. MR. EPPS
37. ~~Nurse Ms. Smith~~ OFC. MR. EVANS
38. MS. HUNT
39. RECORDS MANAGER MS. MATTHEWS
40. CHAPLAIN MR. JONES
    24414 Musslewhite Drive, Waverly, VA-23891.

5. Name of Judge to whom case was assigned: _UNReceipted By CouRt_

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?):

_UNKNOWN. The CuRRent Defendant Refused To Give Me My Mail-_

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place:
_Sussex 1 State PRison_

B. Does the institution listed in "A" have a grievance procedure? Yes [X] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [X] No [ ]

2. If so, where and when: _All 396 GRievances ARe Exhausted_

3. What was the result? _All 396 GRievances ARe Exhausted_

4. Did you appeal? Yes [X] No [ ]

5. Result of appeal: _All 396 GRievances ARe Exhausted_

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [ ]

If your answer is Yes, what steps did you take? ___

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

: Defendants Addresses Additional Page:

Cont. 40.B: Health Services Administrator Ms. Mayes, Nurse Ms. Ortiz, Nurse Smith, Nurse Ms. Kittrell, Dr. E. Van Buskirk, Pharmacist Ms. Cunningham.

41. Property Ofc. D. Thomas
42. Property Ofc. D. Tuell
43. Property Ofc. Sergeant Mr. Bellamy
44. Unit Manager Tracia Brown (Leabough)
45. Lt. Ms. Cuevas
46. Unit Manager D. Michaler
47. Ofc. Mr. Amoco, SX1-3B Pod Night Shift Officer
48. Sergeant Mr. Celi
49. Ofc. Ms. Coleman, SX1-3B Pod Night Shift Officer
50. Ofc. Ms. Wiggins, SX1-3B Pod Night Shift Officer
51. Counselor Ms. Ashburn
52. Counselor Ms. R. Britt
53. QMHP- Ms. Hall
54. QMHP- Ms. Rodriguez
55. QMHP- Ms. Migra
56. Sussex 1 State Prison K9 Unit Ofc. Dunlowe
57. Sussex 1 State Prison K9 Unit (Jane Doe)
58. Sussex 1 State Prison K9 Unit Supervisor

Addresses, Are 24414 Musslewhite Drive Waverly, VA. 23891.

59. Sussex 1 State Prison Maintenance Workers Dept.
60. Sussex 1 State Prison Maintenance Ofc- Mr. Sarvis.
61. Sussex 1 State Prison Maintenance Ofc- Mr. Blake.
62. All Sussex 1 State Prison Maintenance Dept. Employees 24414 Musslewhite Drive, Waverly, VA. 23891.

63. Eastern Regional Operations Manager Gregory Holloway
64. Eastern Regional Ombudsman Ms. K. Crosby
65. Eastern Regional PREA Analyst B. Schuyler

Address: VADOC, Eastern Region Office, 14545 Old Belfield Road, Capron, VA. 23829.

66. Deputy Director Scott Richeson of VADOC
67. Deputy Director Joseph Walters
68. A. David Robinson, VADOC Chief of Corrections Operations
69. Dr. Greg Fuller Health Services Director of VADOC
70. Rose Durbin VADOC PREA Coordinator of VADOC
71. Paul Haymes, Chief of VADOC Special Investigations Unit
72. James Parks Manager of VADOC-CLS AND-OMS
73. Karen Stapleton Manager of VADOC-ODU-Department
P.O. Box 26963, Richmond, VA. 23261.

IV. STATEMENT OF THE CLAIM. 1 OF 8 PAGES

CLAIM #1

1. Gilmore Refuses To Let Me Purchase Commissary Unless I Suck S. Vancampen Penis. This Is A 8th Amendment Violations Claim That I State on The ~~____~~ State Employees For Depriving Me Of My Rights Under 42 USC Section 1983. Warden Ivan Gilmore Is The Chief Warden Of Sussex 1 State Prison. He Is Responsible For Providing Me The Basic Necessities Such As Protection, Clean Clothing, Food, Hygiene, Medical Treatment, Recreation, And Clean Water And Sanitary SX1-3B 01-Cell, And Operating Toilets, And Sinks In My Cells. Warden Ivan Gilmore, And The Defendants Refused To Provide Me These Basic Necessities Including Denying Me Showers And Refusing To Let Me Take 3 Showers Per Week And Denying Me Outside Recreation 3 Times Per Week, And Have Denied Me Protection, Clean Clothing, Food, Hygiene, Medical Treatment, Doctor Ordered Protheses, And Medications, And Specialists. Physicians Orders, 2000 Calories Per Day 3 Meals, Uncontaminated Food, Uncontaminated Drinking Water, Mental Health Screening Treatment For Psychological Disorders From 8 Repetitive Serious Head Injuries Caused By VADOC Employees, High Risk Sexual Abused Victim Screening, Sanitary Cell, A Television, Educational And Therapuetic Program Courses, Necessary Prothesis, Adequate Recreation From 12-16-19 To This 08-16-2020 To Enforce "Unnecessary Rigor" And Cruel And Unusual Treatment On Me To Kill Me! From 08-13-2020 To 08-16-2020 The Defendants Refused To Let My Toilet Flush.

:2 OF 8 PAGES:

Claim #2: D. Thomas, D. Tuell, Sgt. Bellamy, HSA-Mayes won't give me my medical shoes. This is a 8th Amendment Violation Claim That I State on Below Persons. Warden T. Gilmore, Tracia Brown, S. Vancampen, Mr. Hibbs, Mr. Bryant, Ms. Harris, Angela Wethington, Safety Ofc., Mr. Stith, Lt. Mr. Curry, Lt. Mr. Ricks, D. Michalek, H. Spencer, Captain D. Roundtree, Ofc. Sgt. A. Walkup, Ofc. Mr. Taylor, Lt. Bennett, All of the Strike Force Team Prison Guards, J. Mosley, E. P. Witt, K. Carroll, S. N. Atkins, I. Hamilton, Mr. White, Ms. Hunt, A. Brown, N. Laboy, M. Perry, A. Nelson, Mr. Dunlevy, Ms. Darby, QMHP-Ms. Hall, QMHP-Ms. Migra, QMHP-Chief Psychologist, Ofc. Mr. Smith, Ofc. Sgt. Mr. Wyche, Sgt. Dial, Ofc. Stevens, Ofc. Jenckins, Ofc. Cornelius, Ofc. Ms. Jackson, D. Michalek, Ofc. Mr. Amoco, Sgt. Mr. Celi, Counselor Ms. Britt, Ofc. Ms. Coleman, Ofc. Ms. Wiggins, QMHP-Ms. Rodriguez, K9-Unit Officers and K9 Unit Ofc. Mr. Dunlowe, Lt. Cuevas, Sussex I State Prison Health Services Administrator Ms Mayes, Nurse Smith, Nurse Ortiz, Dr. E. Van Buskirk, Pharmacist Ms. Cunningham, Dr. M. Picio, Dr. Ulep, Sussex I State Prison Maintenance Department Ofc. Blake, and Ofc. Jarvis and The Entire (Entire Maintenance Department, A. David Robinson, Scott Richeson, James Parks, Karen Stapleton, Paul Haymes, Assistant Attorney Generals Richard Vorhis, Timothy Davis and Ann White Assigned Me (Me) To Sussex I State Prison Cell 3B-01 Long Term Segregation in Cell 3B-01 and The Cell 3B-01 Walls and Ceiling were Covered in Feces and The Cell's Lights Did Not Work and This Caused Me To Fall and

STRIKE MY HEAD ON MY CEMENT CELL'S FLOOR 3 TIMES FROM 12-16-2019 TO THIS 08-16-2020 CAUSING ME 3 SERIOUS HEAD INJURIES. THE ABOVE STATE EMPLOYEES AND EASTERN REGIONAL OPERATIONS MANAGER GREGORY HOLLOWAY, K. CROSBY, B. SCHUYLER, AND PAUL HAYMES REFUSED TO HAVE ME RE-ASSIGNED TO A DIFFERENT CELL SO THAT THE INFECTIOUS DISEASE CONTROL INMATE WORKERS REMOVE ALL OF MY PROPERTY FROM CELL 3B-01 AND USE GERMICIDAL DISINFECTANTS TO REMOVE THE FECES AND BODILY FLUIDS WASTES FROM MY CEILING AND WALLS. I FILED AND EXHAUSTED SEVERAL GRIEVANCES ON THE DEFENDANTS FOR REFUSINGS TO DO THIS AND FOR REFUSING TO GIVE ME CLEANING DISINFECTANT TO CLEAN MY CELL FROM 12-16-2019 TO THIS 08-16-2020 AND THE DEFENDANTS ALL OF THEM ENFORCED THIS UNNECESSARY RIGOR ON ME AND ~~the~~ CRUEL AND UNUSUAL PUNISHMENT AS LITIGATION RETALIATION. FROM 12-16-2019 TO THIS 08-16-2020 THE DEFENDANTS ALL OF THE DEFENDANTS HAVE ONLY GIVEN ME 18 SHOWERS TO CAUSE MY INFECTIOUS DISEASES TO GET WORSER OR TO FORCE ME TO DIE FROM COVID 19. MAINTENANCE DEPARTMENT EMPLOYEES JARVIS, BLAKES AND THE OTHER MAINTENANCE WORKER REFUSED TO REPAIR MY CELL LIGHTS.

CLAIM #3:

THIS IS A 8TH AMENDMENT VIOLATIONS CLAIM THAT I STATE ON THE BELOW PERSONS FOR DEPRIVING ME OF MY RIGHTS AND 8TH (8TH) AMENDMENT U.S. CONSTITUTION RIGHT.

: 4 OF 8 PAGES:

SUSSEX I STATE PRISON FOOD SERVICE SUPERVISOR MS. TURNER, THE FOOD SERVICE DIETICIANS, KITCHEN OFFICERS AND KITCHEN INMATE WORKERS STOLE FOOD PORTIONS FROM MY BREAKFAST, LUNCH, AND DINNER MEALS FROM 12-16-2019 TO THIS 08-16-2020 EVERYDAY TO ENSURE THAT I WOULD NOT RECEIVE MORE THAN 400 CALORIES A DAY WITH ALL 3 MEALS COMBINED. IPM- S. VANCAMPEN, OFC. A. WALKUP, MR. HIBBS, MS. HARRIS, TRACIA BROWN, LT. MS. CUEVAS, LT. MR. CURRY, LT. MR. RICKS, SGT. MS. DIAL, LT. BENNETT, ALL OF THE SUSSEX I STATE PRISON STRIKE FORCE TEAM PRISON GUARDS, LT. W. COLSON (COLSIN), CAPTAIN D. ROUND-TREE, H. SPENCER, D. MICHALEK, WARDEN IVAN GILMORE, VADOC FOOD SERVICE DIRECTOR MARK ENGELKE, A. DAVID ROBINSON, SCOTT RICHESON, JOSEPH WALTERS, PAUL HAYMES, MS. HUNT, J. MOSLEY, K. CARROLL, E.P. WITT, S.N. ATKINS, A. BROWN, N. LABOY, M. PERRY, A. NELSON, MR. DUNLEVY, MS. DARBY, ANGELA WETHINGTON, SAFETY OFC. MR. SMITH K. CROSBY, GREGORY HOLLOWAY, B. SCHUYLER, AND VADOC SPECIAL SPECIAL INVESTIGATIONS UNIT AND JAMES PARKS AND KAREN STAPLETON ENFORCED THE INTENTIONAL STARVING ME TO CAUSE ME SEVERE RICKETTS IN ALL 206 OF MY BONES IN MY BODY, SEVERE WEIGHT LOSS, MENTAL ANGUISH, EMOTIONAL DISTRESS AND SEVERE PAIN IN MY STOMACH, INSOMNIA, CHEST PAINS AND HEMMORHAGING IN MY SMALL AND LARGE INTESTINES WHICH I SUFFERED FROM 12-16-19 TO THIS 08-13-2020.

CLAIM #4

KEEFE COMPANY, JPAY, INC. AND VADOC ARE Violating 15 U.S.C Section 2 OBSTRUCTING Competitors; This Is A 8TH Amendment Violation Claim That I Am Stating On The Below Persons For Violating My 8TH Amendment Viola Right Under The U.S. Constitution. I Have Right Of Action To Bring This Claim Pursuant To 42 U.S.C. Section 1983 For The Defendants - All Of The Defendants Depriving Me Of My Right To Be Free From Unnecessary Rigor, And Cruel And Unusual Punishment, By All Of The Defendants. On 08/06/2020 THE Honorable Judge Kilgore Of Wise County Circuit Court In Case Name, David Meyers vs. Commonwealth Of Virginia, Case #CL18-78 Entered Several Injunctions Court Orders Against The Sussex 1 State Prison Defendants Listed In The Defendants Section Of This 42 U.S.C. Section 1983 Complaint To 1. Assign David Meyers To The 3A Pod Protective Custody Unit For My Safety Due To The Warden I. Gilmore, MR. Bryant, MR. Hibbs, H. Spencer, Tracia Brown, S. Vancampen, Ms. Harris, Counselor Ashburn, Counselor R. Britt, D. Michaler, Lt. Curry, Lt. Ricks, Lt. Cuevas, Lt. Bennett, The SX1-Strike Force Team Guards, Safety Ofc. MR. Stitt, Captain D. Round- tree, Sgt. Dial, Lt. W. Colsin (Colson), Sgt. Celi, Ofc. Amoco, Ofc. Evans, Scott Richeson, Joseph Walters, A. David Robinson, Paul Haymes, Karen Stapleton, T. Harvey, Gregory Holloway, K. Crosby, B. Schuyler, J. Mosley, E.P. Witt, K. Carroll,

:6 of 8 Pages:

James Parks Manager of CCS, A. Brown, N. Laboy, M. Perry, A. Nelson, Mr. Dunlevy, Ms. Darby, Records Manager Ms. Matthews Are Still Continuing To House Me With Inmate Maliek Black, Inmate Martin, Inmate V. Belcher, And Numerous Inmates That I Have Testified On At U.S. District Courts, And State Courts About These Inmates Stalking Me To Murder Me, And Making Death Threats To Kill Me. The Above Inmates Have Set The Sussex 1 State Prison 3B Pod That We Are Housed In Together, On Fire "71 Times" From 12-16-2019 To This 08-16-2020 Trying To Murder Me! S. Vancampen, Ofc. A. Walkup, D. Michalek, Mr. Hibbs, Mr. Bryant, I. Gilmore, H. Spencer, Safety Ofc. Mr. Smith, Ms. Harris, A. Brown, N. Laboy, M. Perry, A. Nelson, Mr. Dunlevy, Ms. Darby, Paul Haymes, Scott Richeson, Joseph Walters, Gregory Holloway, K. Crosby, J. Mosley, E. Witt, K. Carroll, S.N. Atkins, Lt. Curry, Lt. Ricks, Lt. Bennett, The SX1-Strike Force Team Unit, Lt. Colson, And Captain D. Roundtree Refuse To Let Me Use The Telephone To Dial #55 PREA Hotline Center To Report Unceasing Sexual Abuses By The Sussex 1 State Prison Employees, And IHO-Ms. L. Mabrey, IHO-Ms. J. Feltner Sexual Harassing Me, And Colluding With The Above VADOC Employees To Cover Up My "PREA Sexual Abuse Complaints, And Have "Criminally Racketeered" 60.00 From My Prison Account For Reporting 4 PREA Complaints On Grievances To "Marcus Elam-ERA."

: 1 OF 8 PAGES :

Judge Kilgore Ordered, The Above VADOC Employees, And Opposing Counsels Ann Marie White, And Richard Carson Vorhis To Put Me In The Sussex 1 State Prison "Protective Custody Unit" On 08/06/2020 At Our Motions Hearing, And For The Above Sussex 1 State Prison Employees To Cease, And Desist OBSTRUCTION OF U.S. MAILS IN Violation OF 18 U.S.C. Section 1701, And Obstruction Of Courts Correspondences From The State And U.S. Federal Courts To David Meyers, And David Meyers Correspondences To Courts And Attorneys. Warden I. Gilmore, Mailclerk A. Miller, Angela Wethington, A. Brown, N. Laboy, M. Perry, A. Nelson, Mr. Dunlevy, Ms. Darby, H. Spencer, Ms. Matthews, Counselor Ashburn, Walkup, Counselor Michelle Walker, Counselor R. Britt, J. Mosley, E.P. Witt, K. Carroll, S. Atkins, And Ms. Hunt, Mr. Hibbs And Mr. Bryant, Gregory Holloway, K. Crosby, B. Schuyler, Lt. Curry, Lt. Ricks, Lt. Bennett, The Strike Force Team Unit, Lt. Colson, Lt. Cuevas, Sgt. Dial, Tracia Brown, D. Michaler HAVE Not Given Me My Incoming Legal Mails From State, And Federal Courts, State, And Federal Attorneys In The Last 90 Days, And They Have Been Intercepting My Outgoing Outgoing Mails To Courts, And Attorneys, And Selling The Contents To Their Antifa "CHAOS" GANG MEMBERS, Black Lives "CHAOS" GANG, Members, And Organized United Criminal Street Gang Members TREASONERS

: 8 OF 8 PAGES :

INSURRECTIONISTS TO FURTHER THEIR "PUBLIC RIOTING", AND OPERATIONS TO MURDER ME. ON 08-11-2020, OPPOSING COUNSELS ANN WHITE, AND RICHARD VORHIS HAD Lt. RICKS, Lt. CURRY, AND OFC. MR. TAYLOR FORCE ME TO ENGAGE IN A TELEPHONE CONVERSATION WITH OPPOSING COUNSEL ANN WHITE, WHILE RICHARD VORHIS "COACHED HER RETALIATION" FROM THEIR OFFICE, AND WHILE COUNSELOR ASHBURN, COUNSELOR M. WALKER, INTEL OFFICERS A. BROWN, N. LABOY, M. PERRY, A. NELSON, MR. DUNLEVY, AND MS. DARBY, AND H. SPENCER, I. GILMORE AND ANGELA WETHINGTON SAT, AND LISTENED TO THE PHONE CONVERSATION IN "ASHBURN'S OFFICE", AND Lt. CURRY, AND Lt. RICKS HELD ME AT Lt. CURRY'S DESK. ANN WHITE STATED, YOU GOT TO GIVE UP YOUR WHEELCHAIR IN ORDER TO BE IN PROTECTIVE CUSTODY. I REPLIED I'M CRIPPLED, I HAVE TO BE ON A BOTTOM TIER CELL. ANN WHITE STATED DEATH ROW INMATES ARE HOUSED IN THE SAME UNIT WITH THE PC INMATES. I REPLIED, I'm "CALLING" INMATE SHEARIN #1134838 AS A WITNESS TO TESTIFY THAT HE HAD HIS WHEELCHAIR IN THE PROTECTIVE CUSTODY UNIT. ANN WHITE STATED, No You Not!, I'M FILING A MOTION FOR RECONSIDERATION TO JUDGE KILGORE'S ORDERS. I REPLIED, "DON'T AGITATE" THE "COURT. YOU KNOW THIS IS SOME "RIGAMAROLE" YOUR GIVING ME. ANN WHITE HUNG UP! No STUFF, NOR HAVE THE DEFENDANTS MOVED ME TO THE PC UNIT YET. IT IS A "BREACH" OF PROTECTIVE CUSTODY TO HOUSE DEATHROW INMATES WITH PC INMATES. ON 08-12-2020 I GAVE Sgt. CELI A LEGAL LETTER TO WISE COUNTY CIRCUIT COURT CASE # CL18-78 CONTAINING A "OBJECTION" TO ANN WHITE'S MOTION. A. MILLER HAS HELD THE LETTER SINCE 08-12-2020 AND REFUSES TO MAIL IT. M. PERRY, A. NELSON AND J. VANCAMPEN GAVE ME LEGAL LETTERS ON 08-13-2020 WITH OTHER COURTS CONTENTS IN THE LETTERS. I WANT VIOLATION OF COURT ORDERS HEARINGS CONDUCTED.

MEYERS VS. WARDEN I. Gilmore

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. __D.M.__ (please initial)

NOTE: I DEMAND A JURY TRIAL.

The plaintiff wants the Court to: (check those remedies you seek)

1. __X__ GRANT INJUNCTION FOR ME TO ORDER COMMISSARY, MEDICAL SHOES, MEDICAL PROSTHESIS FROM VENDORS OTHER THAN KEEFE, JPAY, VABCC, DUE TO THEIR MONOPOLIZATION PRACTICES.
2. __X__ Award money damages in the amount of $ 2 MILLION DOLLARS: 2,000,000.00
3. __X__ AWARD PUNITIVE MONEY DAMAGES IN THE AMOUNT OF 200,000.00
4. __X__ Grant injunctive relief by ASSIGNMENT TO A PROTECTIVE CUSTODY UNIT AT SUSSEX I STATE PRISON WITH MY WHEELCHAIR, T.V., LEGAL MATERIALS, PROSTH PROSTHESES, PERSONAL PROPERTY.
5. __X__ Other CONDUCT VIOLATION OF COURT ORDERS SANCTIONS HEARINGS PURSUANT TO CODE OF VA SECTION 16.1-299A. ENTER, KEEP SEPARATES PERMANENT RESTRAINING ORDERS ON THE DEFENDANTS FROM HAVING CONTACT WITH PLAINTIFF. ALLOW ME TO ORDER FROM OUTSIDE VENDORS.

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

Sussex I State Prison

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [ ]  No [X]  You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __16th__ day of __AUGUST__, 20__20__.

Plaintiff __David Meyers 1039777; AFFIANT;__